# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
Oct 8  3:29 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

Suzanne M. Searles
_____,
Plaintiff(s),

v.                                     Case No. ~~2:90cv626(PCD)~~
                                       3:97cv02601(PCD)
                                       3:00cv1115(PCD)

West Hartford Board of Education, et al.
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_____
Original Signature

Suzanne Mersereau Saerles
Name (print or type)
45 Whispering Pines
Street Address
Avon          CT          06001
City          State       Zip Code
( 860-674-0617
Telephone Number

Revised 6/12/02

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

Suzanne M. Searles, Plaintiff
Plaintiff(s),

v.

West Hartford Board of Education, et
Defendant(s). al., Defendants

Case No. 2:90cv626(PCD)
3:97cv02601(PCD)
3:00cv1115(PCD)

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ____ Married ____ Separated ____ Divorced _x_
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____ No _X_
Dependents: Wife ____ Children # ____ Others # ____
and relationship _____
The names and ages of my children are:
Name _____   Age _____
Name _____   Age _____
Name _____   Age _____

**RESIDENCE**
Street Address: _45 Whispering Pines_____
City: _____Avon_____ State: _CT_____
Zip Code: ____06001_____ Telephone: _603-674-0617____

**EDUCATION**

Please circle the highest level of formal education you have received:
Grammar School  K 1 2 3 4 5 6 7 8     High School  9 10 11 12
College  1 2 3 4    Post-Graduate  1 2 3 **(4)**

## EMPLOYMENT

If <u>employed</u> at present, complete the following:
Name of employer: ___N/A___
Address of employer: _____
How long employed by present employer: _____
Income:  Monthly _____      Weekly _____

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the __6__ day of __March__, 19_87_
The name of my last employer: ___West Hartford Board of Education___
Address: ___28 South Main Street, West Hartford, CT 06107___
Telephone #: _(860) 523-3500_
The last salary or wages received:   $41,000./year

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:  Monthly _____      Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: __1-4-99__
I am receiving $__41.00__ monthly __x__ weekly _____
for myself and family of __one__.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: __N/A__.   I receive SSI benefits of $564.00/month.
I am receiving $_____ monthly _____ weekly _____.

## FINANCIAL STATUS
Owner of real property? Yes ____ No _x_
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____
Owed to: _____
Total: _____     Monthly payment _____

Owed to: _____
Total: _____  Monthly payment _____
Annual income from property: _____

Other property:
Automobile: Make __Toyota__ Model __Corolla CE__ Year __2004__
Registered owner(s) name(s): __Suzanne M. Searles__
Present value of automobile: __$11,00.00__
Owed to: __Chase Auto Finance__
Amount owed: __$13,200.00.__

Cash on hand:
Cash in banks and savings and loan associations: __27.34__
Names and addresses of banks and associations: __Fleet Bank__
__Hopmeadow Street, Simsbury, CT 06070__

**OBLIGATIONS:**
Monthly rental on house or apartment:           $ __285. ($290 as of 11/1/04)__
Monthly mortgage payment on house:              $ _____
Gas bill per month:                             $ _____
Electric bill per month:                        $ __40.00__
Phone bill per month:                           $ __50.00__
Car payments per month:                         $ __271.47__
Car insurance payments per month:               $ __48.00__
Other types of insurance payments per month     $ _____
Monthly payments to retail merchants:           $ _____
  Please list:_____                   $ _____
  Please list:_____                   $ _____
Monthly payments on any other outstanding
loans or debts:                                 $ _____
  Please list:_____                   $ _____
  Please list:_____                   $ _____
Any money owed to doctors, hospitals, lawyers
  Please list:_____                   $ _____
  Please list:_____                   $ _____
Monthly payment for maintenance or child support
under separation or dissolution agreement:      $ _____
Estimated monthly expenditure on food:          $ __200.00__
Estimated monthly expenditure on clothing:      $ _____

Total amount of monthly obligations:            $ __899.47__
Other information pertinent to financial st..us: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
_____N/A_____

Date: September 28, 2004                    _____
                                             Original Signature of Affiant

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: September 28, 2004                    _____
                                             Original Signature of Affiant