UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 OCT 29 A 11: 25
U.S. DISTRICT COURT
NEW HAVEN, CT

Suzanne SEARLES
    Plaintiff,

v.

WEST HARTFORD
BOARD OF EDUCATION, et al.
    Defendant.

Case No. 2:90cv626 (PCD)

## RULING ON PLAINTIFF'S MOTIONS TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL

Plaintiff moves, pursuant to 28 U.S.C. § 1915, for Leave to Proceed in Forma Pauperis [Doc. No. 171] and for Appointment of Counsel [Doc. No. 169]. Based solely upon the information provided in Plaintiff's affidavits, her Motions are **granted**.

SO ORDERED.

Dated at New Haven, Connecticut, October 29, 2004.

Peter C. Dorsey
United States District Judge