UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 NOV -5  A 11: 43

U.S. DISTRICT COURT
NEW HAVEN, CT

Suzanne SEARLES
    Plaintiff,

v.                                    Case No. 2:90cv626 (PCD)

WEST HARTFORD
BOARD OF EDUCATION, et al.
    Defendant.

## ORDER

This Court's Order granting Plaintiff's Motion for Appointment of Counsel [Doc. No. 172] is hereby **vacated**. Plaintiff's case is on appeal to the United States Court of Appeals for the Second Circuit, and Plaintiff has no present matters before this Court.

SO ORDERED.

Dated at New Haven, Connecticut, November 5, 2004.

_____
Peter C. Dorsey
United States District Judge