# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

Suzanne Mersereau Searles, <u>pro se ifp</u>
Name of Plaintiff/Petitioner

v.

Case No. 2:90-626 (PCD)
3:97-2601 (PCD)
3:00-1115 (PCD)

Relic, West Hartford Board of Education, <u>et al.</u>
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Suzanne Sibley Mersereau Searles

   Your present mailing address: 45 Whispering Pines Road
   Avon, CT 06001

   Telephone number: (860) 674-0617

2. Are you presently employed? YES ___ NO _X_

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last

Rev. 2/3/05                                                                 Page 1

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _West Hartford Board of Education, 28 South Main Street, West Hartford, CT  06107; March 5, 1987; $1025.00/week_

Date last worked: _March 5, 1987_

Weekly earnings: _$1025.00_

5. Approximately how much money have you received in the past twelve months in the form of:

   a) salary, wages, commissions, or earned income of any kind? _0.00_

   b) interest, dividends, rents or investments of any kind? _0.00_

   c) gifts or inheritances of any kind? _0.00_

6. How much money do you have in any checking or savings account(s)?

   Checking: _$541.84_

   Savings: _0.00_

   Prison account: _N/A_

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO _X_

   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? _Toyota Auto Lease 205.96;_ _CT Light and Power Co. 31.05; CT Natural Gas Co. 50.00; Geico Auto Insurance Co. 64.00; SBC 32.95; Property Management, LLC 275.00; Comcast 10.66_

   For each debt, state the name of the creditor and the amount owed:
   CREDITOR                                              AMOUNT OWED

_____           _____
_____           _____
_____           _____
_____           _____
_____

9. List the persons who depend upon you for support, and state your relationship to them. **IF ANY PERSON IS A MINOR CHILD, IDENTIFY THAT PERSON BY INITIALS ONLY.**

   N/A
   _____
   _____
   _____
   _____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed?  YES ____  NO  X

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. My only income is SSI of $603.00/month, and CT Dept. of Social Services cash assistance of $31.00/month.
    _____
    _____
    _____
    _____

## NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. <u>I am moving to reopen for relief from judgment the three cases documenting my constructive discharge from my nearly twenty-year-tenured-teaching contract with defen-</u>
<u>dants who egregiously and fraudulently tried to label me "Perm-</u>
(Additional space on next page) <u>anently physically</u> disabled" subsequent to two corrective brain surgeries to excise two cerebral aneurysms, ~~the first of which ruptured. As all court exhibits~~ are probative, my post-surgical instructional skills/expertise and professional <u>demeanor survived/remained intact.</u> All three cases inclusive of all exhibits, sequestered from court purview by defendants' and their corrupt attorneys, qualify my conjoined/inter-related cases for reopening/remand/relief from judgment. (F.R.C.P. 60(b)(6)

## EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES **X** NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name  Igor I. Sikorsky, Jr., Esq.

   Date you contacted this attorney  August 1990 after I had filed timely state and federal court complaints. He mandated a retainer of $20,000. which I was forced
   Method of contact (in person, by telephone, etc.) phone and in person
   to remove from my would-have-been state teachers' retirement fund savings. He dropped my state ~~case without permission let alone not informing me of such.~~  He also failed to dispute defendants' motions to remove all exhibits
   Reason why attorney was not employed to handle your case  from both state and federal court purview.

   b) Attorney's name  Gary Phelan, Esq.

   Date you contacted this attorney  many times since and including 1987

   Method of contact (in person, by telephone, etc.)  phone and in writing per

   completion of his questionnaire

Reason why attorney was not employed to handle your case _____
unknown - perhaps my inability to pay his retainer and his then workloads

c) Attorney's name  Gregory Addler, Esq.

Date you contacted this attorney  summer 2004 and during 2005

Method of contact (in person, by telephone, etc.)  phone and in person

Reason why attorney was not employed to handle your case  my inability to pay his retainer

15. Explain any other efforts you have made to obtain an attorney to handle your case.
I have contacted numerous other employment attorneys during the past sixteen years who either had "conflicts" with the town of West Hartford or were too busy.

16. Please provide any other information which supports your application for the court to appoint counsel. No other school district in New England will hire me because of negative references from West Hartford as stated to me during interviews. On December 14, 1994 Defendant school administrator Schulman rammed me to the floor of a West Hartford grocery store with her cart. My 911 call to local police proved futile when they heard from the assailant her slanderous and fraudulent accounts of my professional demeanor. My head struck the floor with such force that a new brain injury was incurred to the back of my skull. Surgery to correct the emergence of two more aneurysms resulted in temporary legal blindness. During my nursing facility convalescence in Simsbury, CT, my Avon, CT, home was foreclosed upon via collusion between the assailant's attorney Nicole Dorman and condominium association attorneys, Howard and Alan Rosenberg of West Hartford also.

17. Do you need a lawyer who speaks a language other than English?
    YES ____  NO  X

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. <u>See</u> Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed <u>in forma pauperis</u> and/or on this application for appointment of counsel are false, my case may be dismissed. <u>See</u> 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

| | |
|---|---|
| <u>January 18, 2006</u><br>Date | _[signature]_____<br>Original Signature of Movant |
| | Suzanne Mersereau Searles |
| | 45 Whispering Pines Road |
| | Avon, CT  06001<br>Printed Name and Address of Movant |

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

West Hartford Corporation Counsel, 50 S. Main ST., West Hartford, CT 0610

Karsten and Dorman, 29 S. Main St., West Hartford, CT  06107

Rosenberg and Rosenberg, 920 Farmington Ave., West Hartford, CT  06107

Peter R. Blum, Esq., 1 Linden Place-Apt. 307, Hartford, CT  06106

Martin A. Gould; Gould, Killian, and Wynne; 280 Trumbull ST., Hartford, C 06103

Igor I. Sikorsky Jr., Esq., 121 Perry St., Unionville, CT  06085

Timothy McNamara, Esq., 102 Oak St., Hartford, CT  06106
Edward J. Fredericks, M.D., 85 Seymour St., Hartford, CT  06103

_Suzanne M. Scarlet_
Original Signature of Movant