# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

Suzanne Mersereau Searles, pro se ifp
Plaintiff(s),

v.

Case No. 2:90-626 (PCD)
3:97-2601 (PCD)
3:00-1115 (PCD)

Relic, West Hartford Board of Education, et al.
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_Suzanne M. Searles_
Original Signature

Suzanne Mersereau Searles
Name (print or type)
45 Whispering Pines Road
Street Address
Avon, CT   06001
City        State        Zip Code
( 860-674-0617
Telephone Number

Rev.10/3/05                    1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

Suzanne Mersereau Searles, pro se ifp
Plaintiff(s),

v.

Relic, West Hartford Board of Education, et al.
Defendant(s).

Case No. 2:90-626 (PCD)
3:97-2601 (PCD)
3:00-1115 (PCD)

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single _____ Married _____ Separated _____ Divorced __X__
If separated or divorced, are you paying any support or any form of maintenance?
Yes _____ No __X__
Dependents: Wife _____ Children # _____ Others # _____
and relationship _____
Please provide the names and ages of your children. If a child is a minor, please identify the child by initials only.
Name _____ Age _____
Name _____ Age _____
Name _____ Age _____

**RESIDENCE**
Street Address: 45 Whispering Pines Road
City: Avon    State: CT
Zip Code: 06001    Telephone: 860-674-0617

Rev.10/3/05                    2

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8     High School   9 10 11 12
College   1 2 3 4     Post-Graduate   1 (2) 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Income:   Monthly _____   Weekly _____

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the _5th_ day of _March_, 19_87_
The name of my last employer: West Hartford Board of Education
Address: 28 South Main Street, West Hartford, CT 06107
Telephone #: (860- 523-3500
The last salary or wages received: $41,000.00/year

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:   Monthly _____   Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: _2000_
I am receiving $ _31.00_ monthly _X_ weekly _____
for myself ~~and family of~~ _N/A_.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving ~~social security, disability or workers' compensation benefits~~ SSI
since: _2000_.
I am receiving $ _603.00_ monthly _X_ weekly _____.

**FINANCIAL STATUS**
Owner of real property?   Yes ____   No _X_
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____

Rev.10/3/05                               3

Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

<u>Other property:</u>    I lease this car:
Automobile: Make _Toyota_ Model _Corolla_ Year _2006_
Registered owner(s) name(s):    Toyota Financial Services
Present value of automobile:    unknown
Owed to: Toyota Financial Services
Amount owed: 205.96/month

<u>Cash or Securities on hand:</u>
Cash in banks and savings and loan associations: _541.84_
Names and addresses of banks and associations: Bank of New England, Hopmeadow Street, Simsbury, CT 06070

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds : _____

**OBLIGATIONS:**
| | |
|---|---|
| Monthly rental on house or apartment: | $ 275.00 |
| Monthly mortgage payment on house: | $ |
| Gas bill per month: | $ 50.00 |
| Electric bill per month: | $ 31.05 |
| Phone bill per month: | $ 50.00 |
| Car payments per month: | $ 205.96 |
| Car insurance payments per month: | $ 64.00 |
| Other types of insurance payments per month | $ |
| Monthly payments to retail merchants: | $ |
|   Please list: _____ | $ |
|   Please list: _____ | $ |
| Monthly payments on any other outstanding loans or debts: | $ |
|   Please list: _____ | $ |
|   Please list: _____ | $ |
| Any money owed to doctors, hospitals, lawyers | |
|   Please list: _____ | $ |
|   Please list: _____ | $ |
| Monthly payment for maintenance or child support under separation or dissolution agreement: | $ |
| Estimated monthly expenditure on food: | $ 100.00 |

Estimated monthly expenditure on clothing:    $ 0.00

Total amount of monthly obligations:    $ 676.01

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
N/A

_____

_____

**PREVIOUS LITIGATION:**

If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| Case Number | Case Caption | Disposition of Case |
|---|---|---|
| 1. 2:90 cv 626 | Searles v. Relic, Beaudry, Calvert, Berkel, Martin, Moore, Falvey, Town of West Hartford, West Hartford Board of Education | dismissed |
| 2. 3:97 cv 2601 | Searles v. West Hartford Board of Education | dismissed |
| 3. 3:00 cv 1115 | Searles v. West Hartford Board of Education, Peter Relic, Lloyd Calvert, James J. Moore, Paul Berkel, Natalie Schulman, ~~William Dolan, Esq, Edward J. Fredericks~~, M.D., James Black, M.D., Neil Macy, Matthew Borrelli, River Mead Homeowners' Association | dismissed |

Date: January 18, 2006

_____
Original Signature of Affiant


## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: January 18, 2006

_____
Original Signature of Affiant

Rev.10/3/05                    5