UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUZANNE MERSEREAU SEARLES,
    Plaintiff <u>pro se ifp</u>

v.

WEST HARTFORD BOARD OF EDUCATION,
    <u>ET AL</u>., Defendants

CIVIL CASE NUMBERS:
2:90 CV 626 (PCD)
3:97 CV 2601 (PCD)
3:00 CV 1115 (PCD)

JULY 5, 2006

<u>FURTHER ADDENDA TO
MOTION FOR RECONSIDERATION/MOTION FOR INDEPENDENT ACTION
INCLUSIVE OF NINE EXHIBITS</u>

    This "Further Addenda" presents three (3) further examples of discriminatory retaliation as outlined and argued in the "Addendum To Motion For Reconsideration/Motion For Independent Action Inclusive of Nine Exhibits" of June 26-30, 2006.

1) One "Susan L. Searles" used my address and phone number to "various retailers throughout the area" who thence telephoned me at home demanding payment. Susan Searles resided at the time in Wethersfield, CT but obtained a post office box in Farmington, CT which falls under the same phone indexing as Avon. One day the King Philip Middle School librarian came to my classroom asking that I see that day's copy of <u>The Hartford Courant</u> in the library. During my free period I did so and read that one Susan Searles of Wethersfield had been arrested for shoplifting. Lirarian Muriel Gaynor observed me reading and appeared to gloat. The former was a close associate of Principal Constance Beaudry as was Cynthia Beavers, the school secretary, who was requested by Mrs. Beaudry to drive me to Hartford Hospital Emergency Room after the auto skirmish of March 3, 1987 where Mrs. Beavers told the examining physician, Dr. Fredericks, that I was suicidal. (Exhibit <u>A</u>)

2. In like fashion, Igor I. Sikorsky, Jr., Esq. reneged on his words to Plaintiff of September 1990 that she should pursue graduate study at Dartmouth College/Wesleyan University and let him handle her lawsuits, state and federal, as outlined in Exhibit <u>B</u>. As proven throughout the three aforementionned

federal suits, my Hartford Superior Court lawsuit, and Exhibit B, Sikorsky stated to his client as we left Judge Dorsey's chambers in Hartford that he did not mind losing to Sue Krell. (Defendants' first lawyer, state and federal)

3) The January 16, 2001, letter from Attorney General Blumenthal to Plaintiff is self-explanatory. I followed his suggestion that I contact Greater Hartford Legal Assistance, but they would not assist me. <u>Ergo</u>, I continue <u>pro se in forma pauperis</u> surviving on SSI of $603.00/month, food stamps of "121.00/month," and cash assistance of "43.00/month." Last year I was denied any food stamps by CT Department of Social Services whom I took to Superior Court for fraud. That case No. 26767 now resides in CT Appellate Court where Defendant DSS is represented by the Office of the Attorney General. (Exhibit <u>C</u>)

Respectfully submitted,

*[signature]*

Suzanne M. Searles



# AVON POLICE DEPARTMENT

## AVON, CONNECTICUT 06001

**JAMES A. MARTINO JR.**
CHIEF OF POLICE

TELEPHONE
677-9746

*"To Protect and To Serve"*

August 5, 1986

Ms. Susan L. Searles
P.O. Box 149
Farmington, Connecticut

Dear Ms. Searles:

This police department has received an inquiry from a resident of this Town in regards to numerous telephone calls she has been receiving in regards to checks which have been drawn on your checking account with Connecticut National Bank. It appears that several of your checks have been returned to various retailers throughout the area and they are now calling the Avon resident, mistakenly thinking she is you, and demanding restitution.

Before any surrounding police departments receive complaints from these retailers in regard to these returned checks, would you please resolve this inconvenience by making contact with the retailers and working out a conclusion. Failure to do so, could possibly result in their obtaining arrest warrants on charges of Issuing a Bad Check, 53a-128, and Larceny, 53a-125.

Should you have any questions pertaining to these checks, you can contact your local Farmington Police Department for assistance.

Very truly yours,

Sally Butler,
Detective

*[handwritten: Susan L. Searles / home 224-133C / work 674-05C1]*

bcc: Suzanne Searles
     34 River Mead
     Avon, Connecticut 06001

Ms. Suzanne Searles:

I thought it would be best if I attempted to notify Susan Searles to let her know of the problem and of the inconvenience to you. Hopefully, this will rectify the problem and stop the calls to you. I spoke to Telephone Co. and they advised that you should go to their Service Office, at 111 Trumbull St., Hartford, with two forms of ID, and, by doing this, it will protect your interests.

Det. Sally Butler

B

45 Whispering Pines
Avon, CT 06001
April 17, 2002

Igor I. Sikorsky, Jr., Esq.
121 Perry Street
Farmington, CT 06032

Dear Mr. Sikorsky:

    I herein place in writing, as you suggested, that you return the twenty thousand dollars plus twelve years' interest to me <u>post haste</u>. As you and I both know, you dropped my state claim of wrongful contract termination while I was pursuing graduate study at Dartmouth College without either consulting or notifying me until after the fact. You then failed to rebut Susan Krell, Esq's. Motion To Remove All Exhibits from the purview of Judge Peter C. Dorsey prior to her Motion For Summary Judgment. The latter was, of course, in federal court.

    I was physically assaulted by a West Hartford Public Schools' administrator on 12-14-94. The wounds inflicted have necessitated a third brain surgery, breast surgery to remove three necrotic lesions, and abdominal surgery to correct the ruptured diaphragm. My home was foreclosed upon during recovery from the aforementioned brain surgery. I now survive, barely, on welfare.

                                            Truly yours,

                                            Suzanne M. Searles

cc: U.S. District Court, New Haven; Case No's. 2:90-626, 3:97-02601, 3:00-CV-1115
    CT Appellate Court, Case No. 22028
    Paul E. Mersereau, Esq.

The Hartford Courant

# Connecticut

SECTION
C
FRIDAY
MAY 29, 1992

B 5★W

## Panel finds lawyer misused clients' money

**By KATHRYN KRANHOLD**
*Courant Staff Writer*

Igor I. Sikorsky Jr., a well-known Hartford-area attorney, faces possible loss of his law license after a state agency that polices lawyers found he misused about $80,000 in clients' money.

The Statewide Grievance Committee has recommended that Sikorsky, long active in local politics and the state's bar association, go before a Superior Court judge for a disciplinary hearing.

The action is the most severe the committee can take and could mean a temporary suspension or permanent loss of the right to practice law. A judge could also dismiss the committee's finding.

The committee's counsel, Daniel B. Horwitch, said the committee only refers lawyers to the courts if it believes that at least a suspension is appropriate.

The grievance committee found that Sikorsky, who now practices in Rocky Hill, used money from one client's estate for his own purposes. Then Sikorsky reimbursed the account with money from another client's account, the committee found.


■ Sikorsky

Sikorsky eventually paid off t second account with fees he earn from another client, according to t committee's decision, released tl week.

Sikorsky could not be reached f comment Thursday.

During closed hearings befo lawyers Lynda B. Munro, Ronald Stark and Joseph G. McFarland J Sikorsky acknowledged that he m used money from the estates of Jo Nossel and Elsa Stevens.

Nossel had hired Sikorsky to bri an age discrimination action agaiɪ Pratt & Whitney after Nossel w forced to retire from the compaɪ

Please see Panel. Page

## Panel finds lawyer misused $80,000 in clients' money

Continued from Connecticut Page

Before the matter was concluded, Nossel died. Sikorsky then had control of his client's estate.

Between September 1990 and March 1991, Sikorsky withdrew $36,000 from Nossel's account, the grievance decision stated. When the attorney probating Nossel's account asked to close it out, Sikorsky borrowed money from the estate of Elsa Stevens in May 1991. He reimbursed that account $45,000 in August 1991.

Sikorsky's former bookkeeper, Colleen A. Harrison, and an associate, Judy D. Rintoul, filed the original complaints with the grievance committee.

Sikorsky, 62, has practiced law in the Hartford area since the 1950s after he graduated from Yale Law School. He has also been active in local politics and was chairman of the state Commission on Human Rights and Opportunities in the early 1970s. His father, Igor Sikorsky, founded the Sikorsky Aircraft division of United Aircraft Corp. in Stratford.

In other action, the committee recommended that disciplinary action be taken against a Glastonbury lawyer, Glenn D. Morgan, and a Bloomfield lawyer, Marvin Sperling, according to decisions released this week.

The grievance committee concluded that Morgan took $10,000 from a motor vehicle settlement that belonged to his former employer, Great American Insurance Co. Morgan was the in-house counsel for the Windsor company.

The committee found that Sperling failed to record a deed for a client within the appropriate time, causing the client numerous problems. Sperling "clearly neglected promptly dealing with the drafting of the deed" in violation of the Rules of Professional Conduct, the committee said. Sperling eventually filed papers backdating the deed, another violation, committee members wrote.

RICHARD BLUMENTHAL
ATTORNEY GENERAL



55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

(860) 808-5318

Office of The Attorney General
State of Connecticut



January 16, 2001

Ms. Suzanne Mersereau Searles
45 Whispering Pines II
Avon, Connecticut 06001

Dear Ms. Searles:

Thank you for your letter of November 16, 2000 in which you ask our assistance with the above appeal to the Appellate Court.

I am sorry to learn of your difficulties with the West Hartford Board of Education and with pursuing your litigation. However, I must inform you that Section 3-125 of the Connecticut General Statutes restricts my office's representation in court matters to state officers, employees and agencies. I cannot represent or assist private citizens in such matters.

You state in your letter that you are proceeding in forma pauperis. I suggest that you contact Greater Hartford Legal Assistance, 80 Jefferson Street, Hartford, CT 06106. Their telephone number is 541-5000, and they may be able to provide an attorney to assist you.

I hope this information proves helpful to you.

Very truly yours,

RICHARD BLUMENTHAL

RB/sad

## CERTIFICATION

Plaintiff hereby certifies that a copy of this Addenda was this day, 5 July 2006, mailed or hand-delivered this day to the following:

Jonathan C. Sterling, Esq.
Jorden Burt, LLP
175 Powder Forest Drive, Suite 201
Simsbury, CT  06089

Nicole Dorman, Esq.
Karsten and Dorman
29 South Main Street
West Hartford, CT  06107

Rosenberg and Rosenberg
920 Farmington Avenue
West Hartford, CT  06107

Peter R. Blum, Esq.
1 Linden Place, Apt. 307
Hartford, CT  06106

Martin A. Gould, Esq.
Gould, Killian, and Wynne
280 Trumbull Street
Hartford, CT  06103

Timothy McNamara, Esq.
102 Oak Street
Hartford, CT  06106

Edward J. Fredericks, M.D.
85 Seymour Street
Hartford, CT  06103

Igor I. Sikorsky, Jr., Esq.
121 Perry Street
Unionville, CT  06085

Hugh Barber, Esq.
Office of the Attorney General
55 Elm Street
Hartford, CT  06106

CT Appellate Court
Clerk's Office-AC 26767
231 Capitol Avenue
Hartford, CT  06106

Hon. Gov. M. Jodi Rell
State Capitol Building-
  Executive Offices
210 Capitol Avenue
Hartford, CT  06106

Paul E. Mersereau, Esq.
Drew and Mersereau LLC
47 West Main Street
Avon, CT  06001

_____
Suzanne Mersereau Searles