UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE MERSEREAU SEARLES, | CIVIL CASE NUMBERS: |
|    Plaintiff pro se ifp | 2:90 CV 626 (PCD) |
|    v. | 3:97 CV 2601 (PCD) |
| WEST HARTFORD BOARD OF EDUCATION, | 3:00 CV 1115 (PCD) |
|    ET AL., Defendants | |

FURTHER ADDENDA TO
MOTION FOR RECONSIDERATION/MOTION FOR INDEPENDENT ACTION
INCLUSIVE OF NINE EXHIBITS

    Today's edition of The Hartford Courant, July 20, 2006, lists the following two (2) English teaching positions in West Hartford Public Schools for fall 2006. I have just telephoned Human Resources of the Defendants to request re-activation of my credentials for both of said positions. (Exhibits appended hereto) Also appended hereto is the July 12, 2006 "Breach of Contract Salary Losses To Date" totaling $1,225,177. in addition to compensatory damages, punitive damages, and attorneys' fees. As noted at the bottom of this third exhibit as in numerous former pleadings, at the conclusion of the 1986 grievance of West Hartford Education Association, WHEA, against Defendants then Superintendent of Schools Lloyd Calvert ruled that Suzanne M. Searles be the next full-time English teacher assigned to either WH high school.

                                      Respectfully submitted,

                                      Suzanne M. Searles





# WEST HARTFORD PUBLIC SCHOOLS
# EMPLOYMENT APPLICATION

## Vacancies as of 7/20/2006
## Secondary Teaching

### *English, Middle School*

**Position Type:**
Secondary Teaching/English

**Date Posted:**
6/20/2006

**Location:**
West Hartford Public Schools

**Apply** JobID: 195
**Email To A Friend**
**Closing Date:**
until filled

**Additional Information:** Show/Hide

> School year 2006/07
> Classroom teaching experience and knowledge of subject areas are required.
> CT certification required.
> Excellent salary, benefits and working conditions.
> Salary: negotiable per the teacher's salary schedule

### *English, interim position August - January Middle School*

**Position Type:**
Secondary Teaching/English

**Date Posted:**
7/19/2006

**Location:**
West Hartford Public Schools

**Apply** JobID: 203
**Email To A Friend**
**Closing Date:**
until filled

**Additional Information:** Show/Hide

> Classroom teaching experience and knowledge of subject area are required.
> CT certification required.
> Excellent salary, benefits and working conditions.
>
> Salary:negotiable per the teacher's salary schedule



# WEST HARTFORD PUBLIC SCHOOLS
## EMPLOYMENT APPLICATION

<u>Vacancies as of 7/20/2006</u>
<u>Secondary Teaching</u>

### *English, Middle School*

**Position Type:**
Secondary Teaching/English

**Date Posted:**
6/20/2006

**Location:**
West Hartford Public Schools

**Additional Information:** Show/Hide

**Apply** JobID: 195
**Email To A Friend**
**Closing Date:**
until filled

---

### *English, interim position August - January Middle School*

**Position Type:**
Secondary Teaching/English

**Date Posted:**
7/19/2006

**Location:**
West Hartford Public Schools

**Additional Information:** Show/Hide

**Apply** JobID: 203
**Email To A Friend**
**Closing Date:**
until filled

July 12, 2006

BREACH OF CONTRACT SALARY LOSSES TO DATE:

| | |
|---|---|
| 3-22-87 through 6-30-87 | 13,668. |
| 1987-1988 | 44,452. |
| 1988-1989 | 48,711. |
| 1989-1990 | 52,895. |
| 1990-1991 | 56,465. |
| 1991-1992 | 60,079. |
| 1992-1993 | 60,079. |
| 1993-1994 | 61,821. |
| 1994-1995 | 62,745. |
| 1995-1996 | 63,435. |
| 1996-1997 | 64,513. |
| 1997-1998 | 65,236. |
| 1998-1999 | 66,734. |
| 1999-2000 | 67,736. |
| 2000-2001 | 68,549. |
| 2001-2002 | 70,211. |
| 2002-2003 | 71,960. |
| 200302004 | 73,658. |
| 2004-2005 | 75,131. |
| 2005-2006 | 77,099. |
| | 1,225,177. |

plus punitive damages, plus compensatory damages, plus attorneys' fees (Igor I. Sikorsky, Jr., Esq.  $20,000.
      Blume and Elbaum           2,500.
      Philip Steele, Esq.          750.
                                $23,250.

See Frazier and Desrosier award in US District Court, Hartford, CT = exhibit to my 8-24-00 "Motion To Transfer To Another Judge" "... double or triple the award if the termination was arbitrary, intentional, pretextual, fraudulent, capricious, constructive discharge in violation of the preponderance of the evidence, exhibits, testimony, legal statutes/provisos of plaintiff..."

> During the summer of 1986 at the conclusion of a grievance filed by the West Hartford Education Association against the West Hartford Board of Education on my behalf, the then Superintendent of Schools ruled that Suzanne M. Searles would be the next full-time English teacher assigned to either WH high school.

-14-

## CERTIFICATION

Plaintiff hereby certifies that a copy of this Addenda was this day 20 July 2006, mailed or hand-delivered this day to the following:

Jonathan C. Sterling, Esq.
Jorden Burt, LLP
175 Powder Forest Drive, Suite 201
Simsbury, CT  06089

Nicole Dorman, Esq.
Karsten and Dorman
29 South Main Street
West Hartford, CT  06107

Rosenberg and Rosenberg
920 Farmington Avenue
West Hartford, CT  06107

Peter R. Blum, Esq.
1 Linden Place, Apt. 307
Hartford, CT  06106

Martin A. Gould, Esq.
Gould, Killian, and Wynne
280 Trumbull Street
Hartford, CT  06103

Timothy McNamara, Esq.
102 Oak Street
Hartford, CT  06106

Edward J. Fredericks, M.D.
85 Seymour Street
Hartford, CT  06103

Igor I. Sikorsky, Jr., Esq.
121 Perry Street
Unionville, CT  06085

Hugh Barber, Esq.
Office of the Attorney
   General
55 Elm Street
Hartford, CT  06106

CT Appellate Court
Clerk's Office-AC 26767
231 Capitol Avenue
Hartford, CT  06106

Hon. Gov. M. Jodi Rell
State Capitol Building-
   Executive Offices
210 Capitol Avenue
Hartford, CT  06106

Paul E. Mersereau, Esq.
Drew and Mersereau LLC
47 West Main Street
Avon, CT  06001

_[signature]_

Suzanne M. Searles
45 Whispering Pines Road
Avon, CT  06001
860-674-0617