FORM 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

SUZANNE M. SEARLES, Plaintiff

v.

CIVIL CASE NO. 2:90cv0626 (PCD)
3:97cv2601 (PCD)
3:00cv1115 (PCD)

WEST HARTFORD BOARD OF EDUCATION, PAUL BERKEL, NATALIE SCHULMAN, MATTHEW BORRELLI, PETER RELIC, LLOYD CALVERT, JAMES J. MOORE, EDWARD J. FREDERICKS, M.D., JAMES BLACK, NEIL MACY, WILLIAM DOLAN, M. Peter Blum

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Suzanne M. Searles__ hereby gives notice and
   (appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (attach the Judgment or Order):

Ruling on Plaintiff's Motion For Reconsideration and Independent Action (Plaintiff's December 22, 2006 Petition For Writ of Mandamus In Re Suzanne Mersereau Searles has not yet received a court ruling). (copy appended)

2. The Judgment/Order in this action was entered on __December 20, 2006__
   (date)

_____
Signature

__Suzanne Mersereau Searles__
Print Name

__45 Whispering Pines Road__

__Avon, CT  06001__
Address

Date: __January 5, 2007__

__860-674-0617__
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).