**MANDATE**

D.Conn. - NH
90-cv-626
97-cv-2601
00-cv-1115
Dorsey, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT



FILED
APR - 4 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street in the City of New York, on the 4th day of April, two thousand seven.

---

Suzanne M. Searles,

        Plaintiff-Appellant,

v.                                                                                         07-0151-mv

Peter Relic, et al.,

        Defendants-Appellees.

---

Suzanne M. Searles,

        Plaintiff-Appellant,

v.                                                                                         07-0157-mv

West Hartford Board of Education,

        Defendant-Appellee.

---

Suzanne M. Searles,

        Plaintiff-Appellant,

v.                                                                                         07-0150-mv

Board of Ed., et al.,

        Defendants-Appellees.

---

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by _____
DEPUTY CLERK

ISSUED AS MANDATE 4/25/07

Appellant, pro se, moves for reconsideration of this Court's orders denying her applications for leave to appeal in 07-0151-mv, 07-0157-mv and 07-0150-mv. Upon due consideration, it is ORDERED that the motions for reconsideration are DENIED. See Mancuso v. Herbert, 166 F.3d 97, 99 (2d Cir. 1999) (motion for reconsideration of prior mandate, construed as petition for rehearing, appropriate where petitioner shows that the Court "overlooked or misapprehended significant facts or legal arguments."); see also In re Martin-Trigona, 737 F.2d 1254, 1261-62 (2d Cir. 1984) (applications for leave to appeal may be denied where sanctioned litigant's submissions do not show a departure from history of vexatious litigation).

FOR THE COURT:
Thomas Agreen, Acting Clerk
By: *Lucille Carr*

SAO-MAB