D.Conn.
90-cv-626
Dorsey, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street in the City of New York, on the 2nd day of March, two thousand seven.

Suzanne M. Searles,
      Petitioner,

v.              07-0178-mv

Peter Relic, et al.,
      Respondents.

Petitioner, pro se, moves for leave to file a writ of mandamus. Upon due consideration of the petitioner's history of vexatious litigation, as demonstrated by her repeated filing of the same allegations against the respondents, it is ORDERED that the motion for leave to file is DENIED. See In re Martin-Trigona, 737 F.2d 1254, 1261-62 (2d Cir. 1984).

FOR THE COURT:
Thomas Asreen, Acting Clerk

By: _Lucille Carr_

SAO-MAB

ISSUED AS MANDATE 1/24/08

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK